

**NEIGER LLP**
ATTORNEYS AT LAW

**317 MADISON AVENUE**
**21ST FLOOR**
**NEW YORK NY 10017**
TEL: 212-267-7342 FAX: 212-918-3427
www.neigerllp.com

July 9, 2010

The Honorable Stuart M. Bernstein
United States Bankruptcy Judge
Unites States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    **Re: <u>In re Spongetech Delivery Systems, Inc. (10-13647)</u>**

Dear Judge Bernstein:

I write to inform this Court that neither I nor my firm represents the Debtor in this case. This firm has been engaged to provide bankruptcy and restructuring advice to Spongetech, but it has not agreed to represent the Debtor in this case, and I did not sign the petition.

Very truly yours,

_____
Edward E. Neiger, Esq.