UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
              :
In re         :  Chapter 11
              :
SPONGETECH DELIVERY SYSTEMS, INC. :
              :  Case No. 10-13647
              :
       Debtors. :
----------------------------------------------------------- x

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the Application of the United States Trustee for Order Approving Appointment of Chapter 11 Trustee, dated July 20, 2010; and it appearing that S. Gregory Hays, a disinterested person within the meaning of 11 U.S.C. §101(14), has been appointed by the United States Trustee as Chapter 11 trustee in the above-captioned reorganization case, and after due deliberation and sufficient cause appearing thereof; it is hereby

ORDERED, that the appointment of S. Gregory Hays, as Chapter 11 trustee, is approved pursuant to 11 U.S.C. §1104(d).

Dated: New York, New York
       July 20, 2010

      /s/ STUART M. BERNSTEIN
      HONORABLE STUART M. BERNSTEIN
      UNITED STATES BANKRUPTCY JUDGE