M. David Graubard, Esq.
Kera & Graubard
Proposed Counsel for Debtor
240 Madison Avenue, 7th Fl.
New York, NY 10016
(212) 681-1600
UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

SPONGETECH DELIVERY SYSTEMS, INC.,

                 Debtor.

------------------------------------x

Chapter 11
Case NO. 10-13647 (smb)

ORDER AUTHORIZING THE
EXTENSION OF TIME TO FILE
STATEMENT OF AFFAIRS

On the annexed application of Spongetech Delivery Systems, Inc., by its proposed counsel, dated July 21, 2010; and the relief requested appearing reasonable and proper; and no adverse interest being represented on this application; it is

ORDERED, that the time for the Debtor to file its Schedules and Statement of Affairs and other items that were required with the initial filing, which presently is set for July 23, 2010, is hereby extended to August 23, 2010.

Dated:    New York, New York
           July ___, 2010

_____
U.S.B.J

**MEMO ENDORSED**

The Court declines to sign this order as the application fails to set forth why the debtor cannot file its Schedules and Statement of financial affairs in accordance with the time allotted by the Bankruptcy Code and Rules, and if it cannot, why it needs an additional 30 days.

STUART M. BERNSTEIN
USBJ   7/27/10