B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

**10-13647(SMB)**

In re   **Spongetech Delivery Systems, Inc.**

Case No.

Debtor(s)

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| ADAMS & COMPANY LLC<br>411 FIFTH AVE<br>NEW YORK, NY 10016 | ADAMS & COMPANY LLC<br>411 FIFTH AVE<br>NEW YORK, NY 10016 | | | 132,220.68 |
| ANC SPORTS ENTERPRISES LLC<br>2 MANHATTANVILLE RD.,STE 402<br>PURCHASE, NY 10577 | ANC SPORTS ENTERPRISES LLC<br>2 MANHATTANVILLE RD.,STE 402<br>PURCHASE, NY 10577 | | | 195,751.05 |
| ARIZONA DIAMONDBACKS<br>PO BOX 29379<br>PHOENIX, AZ 85038 | ARIZONA DIAMONDBACKS<br>PO BOX 29379<br>PHOENIX, AZ 85038 | | | 552,557.48 |
| BOBCATS BASKETBALL LLC<br>333 EAST TRADE ST<br>CHARLOTTE, NC 28202 | BOBCATS BASKETBALL LLC<br>333 EAST TRADE ST<br>CHARLOTTE, NC 28202 | | | 195,000.00 |
| BROWN RUDNICK<br>ONE FINANCIAL CTR<br>BOSTON, MA 02111 | BROWN RUDNICK<br>ONE FINANCIAL CTR<br>BOSTON, MA 02111 | | | 385,879.74 |
| CHICAGO BEARS FOOTBALL CLUB<br>10000 FOOTBALL DR<br>LAKE FOREST, IL 60045 | CHICAGO BEARS FOOTBALL CLUB<br>10000 FOOTBALL DR<br>LAKE FOREST, IL 60045 | | | 260,000.00 |
| CLEVELAND BROWNS<br>76 LOU GROZA BLVD<br>BEREA, OH 44017 | CLEVELAND BROWNS<br>76 LOU GROZA BLVD<br>BEREA, OH 44017 | | | 131,807.25 |
| CLEVELAND CAVALIERS<br>PO BOX 5758<br>CLEVELAND, OH 44101 | CLEVELAND CAVALIERS<br>PO BOX 5758<br>CLEVELAND, OH 44101 | | | 170,000.00 |
| Delaware Sec of State<br>1209 Orange Street<br>Wilmington, DE 19801 | Delaware Sec of State<br>1209 Orange Street<br>Wilmington, DE 19801 | | Disputed | 257,502.00 |
| DUANEMORRIS<br>30 SOUTH 17TH ST<br>PHILADEPHIA, PA 19103-4196 | DUANEMORRIS<br>30 SOUTH 17TH ST<br>PHILADEPHIA, PA 19103-4196 | | | 152,203.24 |
| GERSTEN SAVAGE LLP<br>600 LEXINTON AVE<br>NEW YORK, NY 10022-6018 | GERSTEN SAVAGE LLP<br>600 LEXINTON AVE<br>NEW YORK, NY 10022-6018 | | | 205,915.65 |

*These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."*

In re   Spongetech Delivery Systems, Inc.                          Case No. _____10-13647(SMB)_____
_____
                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MSG<br>TWO PENNSYLVINIA, 16TH FLR<br>NEW YORK, NY 10121 | MSG<br>TWO PENNSYLVINIA, 16TH FLR<br>NEW YORK, NY 10121 | | Disputed | 511,700.00 |
| NEW YORK ISLANDERS<br>1255 HEMPSTEAD TURNPIKE<br>UNIONDALE, NY 11553 | NEW YORK ISLANDERS<br>1255 HEMPSTEAD TURNPIKE<br>UNIONDALE, NY 11553 | | | 150,000.00 |
| QUEENS BALLPARK COMPANY LLC<br>NY METS SHEA STADIUM<br>FLUSHING, NY 11368 | QUEENS BALLPARK COMPANY LLC<br>NY METS SHEA STADIUM<br>FLUSHING, NY 11368 | | Disputed | 2,600,000.00 |
| ROGERS MEDIA INC<br>333 BLOOR ST E<br>TORONTO, ON M4W1G9 | ROGERS MEDIA INC<br>333 BLOOR ST E<br>TORONTO, ON M4W1G9 | | | 134,520.00 |
| SPORTSNET NEW YORK<br>75 ROCKEFELLER PLAZA<br>NEW YORK, NY 10019 | SPORTSNET NEW YORK<br>75 ROCKEFELLER PLAZA<br>NEW YORK, NY 10019 | | | 175,000.00 |
| TAMPA BAY BUCCANEERS<br>ONE BUC PLACE<br>TAMPA, FL 33607 | TAMPA BAY BUCCANEERS<br>ONE BUC PLACE<br>TAMPA, FL 33607 | | | 2,697,600.00 |
| VANITY EVENTS<br>43 W 33RD ST. STE 600<br>NEW YORK, NY 10001 | VANITY EVENTS<br>43 W 33RD ST. STE 600<br>NEW YORK, NY 10001 | | Disputed | 618,000.00 |
| WASHINGTON REDSKINS<br>21300 REDSKINS PARK DR<br>ASHBURN, VA 20147 | WASHINGTON REDSKINS<br>21300 REDSKINS PARK DR<br>ASHBURN, VA 20147 | | | 170,000.00 |
| WFAN-AM<br>PO BOX 33071<br>NEWARK, NJ 07188-0071 | WFAN-AM<br>PO BOX 33071<br>NEWARK, NJ 07188-0071 | | Disputed | 322,748.00 |

## DECLARATION

Kenneth P. Silverman, Esq., the chapter 11 operating trustee  (the "Trustee") of the corporation named as the debtor in this case, declares that these Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller.  The information supplied herein reflects the best information currently available to the Trustee and his counsel.  Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time.  The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available.

Date: ___3|18|10_____                     Signature ___S/ Kenneth P. Silverman___
                                                Kenneth P. Silverman, Esq.,
                                                As Chapter 11 Trustee and solely in that capacity

In re    **Spongetech Delivery Systems, Inc.**        Case No. _____ **10-13647(SMB)**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules, and if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| A & N ENTERPRISES LLC 71-20 HARROW ST FOREST HILLS, NY 11375 | | - | | | | | 35,535.64 |
| Account No. | | | | | | | |
| ABE RAPPAPORT ESQ. 195 RT 46 W., STE 11 TOTOWA, NJ 07512 | | - | | | | | 5,000.00 |
| Account No. | | | | | | | |
| ACCURATE SIGNS 66 2ND AVE BROOKLYN, NY 11215 | | - | | | | | 6,502.50 |
| Account No. | | | | | | | |
| ADAMS & COMPANY LLC 411 FIFTH AVE NEW YORK, NY 10016 | | - | | | | | 132,220.68 |

| | | |
|---|---|---|
| **31** continuation sheets attached | Subtotal (Total of this page) | 179,258.82 |

*These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available.".

In re **Spongetech Delivery Systems, Inc.**

Debtor

Case No. **10-13647(SMB)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ADVANCED COPY CENTER 1417 AVE J BROOKLYN, NY 11230 | | - | | | | | 165.63 |
| Account No. | | | | | | | |
| AFLAC NEW YORK 22 CORPORATE WOODS BLVD ALBANY, NY 12211 | | - | | | | | 1,147.56 |
| Account No. | | | | | | | |
| ANC SPORTS ENTERPRISES LLC 2 MANHATTANVILLE RD.,STE 402 PURCHASE, NY 10577 | | - | | | | | 195,751.05 |
| Account No. | | | | | | | |
| ARIZONA DIAMONDBACKS PO BOX 29379 PHOENIX, AZ 85038 | | - | | | | | 552,557.48 |
| Account No. | | | | | | | |
| BARRY KOLEVZON 360 BIRCH LANE IRVINGTON, NY 10533 | | - | | | | | 15,881.18 |

Sheet no. __1__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **765,502.90**

*"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."*

In re **Spongetech Delivery Systems, Inc.**                     Case No. **10-13647(SMB)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| BASS LLC 13041 COLLECTIONS CENTER DR CHICAGO, IL 60693 | - | | | | | | 75,000.00 |
| Account No. | | | | | | | |
| BEYER GRAPHICS 30 AUSTIN BLVD COMMACK, NY 11725 | - | | | | | | 61,767.39 |
| Account No. | | | | | | | |
| BJS WHOLESALE CLUB, INC PO BOX 9607 NATICK, MA 01760-9607 | - | | | | | | 2,040.00 |
| Account No. | | | | | | | |
| BOBCATS BASKETBALL LLC 333 EAST TRADE ST CHARLOTTE, NC 28202 | - | | | | | | 195,000.00 |
| Account No. | | | | | | | |
| BOSTON REDSOX PO BOX 414889 BOSTON, MA 02241 | - | | | | | | 78,125.00 |

Sheet no. **2** of **31** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **411,932.39**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re   **Spongetech Delivery Systems, Inc.**                    Case No. _____**10-13647(SMB)**_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **BRANDGENUITY** **205 HUDSON ST., STE 1001** **NEW YORK, NY 10013** | | - | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| **BROADVIEW NETWORKS** **PO BOX 9242** **UNIONDALE, NY 11555** | | - | | | | | | 3,128.92 |
| Account No. | | | | | | | | |
| **BROADWAY DATABASE INC** **768 BEDFORD AVE** **BROOKLYN, NY 11205** | | - | | | | | | 95.00 |
| Account No. | | | | | | | | |
| **BROWN RUDNICK** **ONE FINANCIAL CTR** **BOSTON, MA 02111** | | - | | | | | | 385,879.74 |
| Account No. | | | | | | | | |
| **BUSINESS TALK RADIO NETWORK** **PO BOX 4826** **GREENWICH, CT 06831** | | - | | | | | | 160.00 |

Sheet no. __3__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **399,263.66**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

10-13647(SMB)

In re    **Spongetech Delivery Systems, Inc.**          Case No. _____

                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **BUSINESS WIRE INC** DEPT 34182, PO BOX 39000 SAN FRANCISCO, CA 94139 | - | | | | | | | 6,993.00 |
| Account No. | | | | | | | | |
| **C.H. ROBINSON WORLDWIDE INC** PO BOX 9121 MINNEAPOLIS, MN 55480-9121 | - | | | | | | | 21,124.04 |
| Account No. | | | | | | | | |
| **CAROUSEL COLLISION** 1902 NEPTUNE AVE BROOKLYN, NY 11224 | - | | | | | | | 2,500.00 |
| Account No. | | | | | | | | |
| **CHICAGO BEARS FOOTBALL CLUB** 10000 FOOTBALL DR LAKE FOREST, IL 60045 | - | | | | | | | 260,000.00 |
| Account No. | | | | | | | | |
| **CHICAGO BLACKHAWK HOCKEY TEAM INC** 1901 WEST MADISON ST LAKE FOREST, IL 60045 | - | | | | | | | 73,251.00 |

Sheet no. **4** of **31** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **363,868.04**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re **Spongetech Delivery Systems, Inc.**                    Case No. ___**10-13647(SMB)**___

                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| CHIEF MEDIA LLC 875 SIXTH AVE., STE 1100 NEW YORK, NY 10001 | - | | | | | | | 33,863.00 |
| Account No. | | | | | | | | |
| CHINA BASIN BALLPARK COMPANY LLC 24 WILLIE MAYS PLAZA SAN FRANCISCO, CA 94107 | - | | | | | | | 47,500.00 |
| Account No. | | | | | | | | |
| CINCINNATI BENGELS ONE PAUL BROWN STADIUM CINCINNATI, OH 45202 | - | | | | | | | 114,285.00 |
| Account No. | | | | | | | | |
| CIRCA 22 WEST 33RD ST NEW YORK, NY 10001 | - | | | | | | | 904.00 |
| Account No. | | | | | | | | |
| CLEO COMMUNICATIONS PO BOX 15835 LOVES PARK, IL 61132-5835 | - | | | | | | | 867.00 |

Sheet no. **5** of **31** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **197,419.00**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re **Spongetech Delivery Systems, Inc.**                    Case No. **10-13647(SMB)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **CLEVELAND BROWNS 76 LOU GROZA BLVD BEREA, OH 44017** | | - | | | | | | 131,807.25 |
| Account No. | | | | | | | | |
| **CLEVELAND CAVALIERS PO BOX 5758 CLEVELAND, OH 44101** | | - | | | | | | 170,000.00 |
| Account No. | | | | | | | | |
| **COHEN & GRESSER LLP 100 PARK AVE NEW YORK, NY 10017** | | - | | | | | | 81,772.50 |
| Account No. | | | | | | | | |
| **COLORADO ROCKIES BASEBALL CLUB 2001 BLAKE ST DENVER, CO 80205-2000** | | - | | | | | | 43,750.00 |
| Account No. | | | | | | | | |
| **COLUMBIA 14 WEST 33RD ST NEW YORK, NY 10001** | | - | | | | | | 4,332.10 |

Sheet no. __6__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    **431,661.85**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re  **Spongetech Delivery Systems, Inc.**                    Case No. ___**10-13647(SMB)**___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| COMMERCE HUB 255 FULLER RD ALBANY, NY 12203 | | - | | | | | 176.60 |
| Account No. | | | | | | | |
| COMMISSIONER OF TAXATION & FINANCE PO BOX 4128 BINGHAMTON, NY 13902-4128 | | - | | | | | 70.52 |
| Account No. | | | | | | | |
| CORPORATE EVOLUTIONS INC 111 GREAT NECK RD., STE 300 GREAT NECK, NY 11021 | | - | | | | | 2,500.00 |
| Account No. | | | | | | | |
| CT CORPORATION PO BOX 4349 CAROL STREAM, IL 60197-4349 | | - | | | | | 3,816.00 |
| Account No. | | | | | | | |
| DEBORAH HONIGWACHS 666 WEST END AVE NEW YORK, NY 10025 | | - | | | | | 2,000.00 |

Sheet no. **7** of **31** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **8,563.12**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re    **Spongetech Delivery Systems, Inc.**                                    Case No. _____ **10-13647(SMB)**

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DEMOVSKY LAWYER SERVICE 101 BROADWAY, STE 510 NEW YORK, NY 10013 | - | | | | | | | 575.00 |
| Account No. | | | | | | | | |
| DIAL COURIER SERVICE INC 54 FULTON ST, RM 803 NEW YORK, NY 10038 | - | | | | | | | 115.00 |
| Account No. | | | | | | | | |
| DIGITAL TARGET MARKETING 224 DATURA ST WEST PALM BEACH, FL 33401 | - | | | | | | | 414.33 |
| Account No. | | | | | | | | |
| DIRECT LINK MARKETING 164 LOCUST GROVE TERRACE ROSEMONT, PA 19010 | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| DIRECT TV PO BOX 60036 LOS ANGELES, CA 90060 | - | | | | | | | 318.28 |

Sheet no. __8__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **2,422.61**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| DISCOUNT DRUG MART INC 211 COMMERCE DR MEDINA, OH 44256 | - | | | | | | 26,001.00 |
| Account No. | | | | | | | |
| DO IT BEST CORP PO BOX 868 NELSON RD FT WAYNE, IN 46801 | - | | | | | | 750.00 |
| Account No. | | | | | | | |
| DOLPHIN STADIUM 226 DAN MARINO BLVD MIAMI, FL 33056 | - | | | | | | 60,000.00 |
| Account No. | | | | | | | |
| DRAKEFORD & DRAKEFORD CPA'S 554 DUNCAN RD ROYSTON, GA 30226 | - | | | | | | 1,500.00 |
| Account No. | | | | | | | |
| DUANEMORRIS 30 SOUTH 17TH ST PHILADEPHIA, PA 19103-4196 | - | | | | | | 152,203.24 |

Sheet no. __9__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    240,454.24

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re    **Spongetech Delivery Systems, Inc.**                                    Case No. _____10-13647(SMB)_____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| E-DATA TECHNOLOGIES LLC 261 WEST 35TH ST NEW YORK, NY 10001 | | - | | | | | | 1,700.00 |
| Account No. | | | | | | | | |
| EDGAR AGENTS LLC 195 RT 9 S., STE 204 MANALAPAN, NJ 07726 | | - | | | | | | 1,368.00 |
| Account No. | | | | | | | | |
| ELITE PROMOTIONS 1419 N BELCREST AVE SPRINGFIELD, MO 65802 | | - | | | | | | 1,603.69 |
| Account No. | | | | | | | | |
| EMCOR SERVICES 24-37 46TH ST LONG ISLAND CITY, NY 11103 | | - | | | | | | 2,389.81 |
| Account No. | | | | | | | | |
| EMPIRE HEALTHCHOICE ASSURANCE INC PO BOX 11532A NEW YORK, NY 10286 | | - | | | | | | 33,125.61 |

Sheet no. __10__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **40,187.11**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."

In re   **Spongetech Delivery Systems, Inc.**                             Case No.    **10-13647(SMB)**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **ENTERCOM** **20 GUEST ST., 3RD FLR** **BOSTON, MA 02135** | - | | | | | | | 38,801.50 |
| **Account No.** | | | | | | | | |
| **EPSTEIN DRANGEL BAZERMAN & JAMES LLP** **60 E 42ND ST., STE 820** **NEW YORK, NY 10165** | - | | | | | | | 14,616.21 |
| **Account No.** | | | | | | | | |
| **ESPN RADIO** **2 PENN PLAZA, 17TH FLR** **NEW YORK, NY 10121** | - | | | | | | | 19,250.00 |
| **Account No.** | | | | | | | | |
| **FEDEX** **PO BOX 371461** **PITTSBURGH, PA 15250** | - | | | | | | | 1,353.07 |
| **Account No.** | | | | | | | | |
| **FIN CHASE CHARTERS** **260 ASPINWALL ST** **STATEN ISLAND, NY 10307** | | | | | | | | 3,500.00 |

Sheet no.  **11**  of  **31**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **77,520.78**

*"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."*

In re    **Spongetech Delivery Systems, Inc.**                    Case No. _____10-13647(SMB)_____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| FOX HOLLOW MARKETING INC 31 FOX HOLLOW LN OLD WESTBURY, NY 11568 | - | | | | | | | 8,000.00 |
| Account No. | | | | | | | | |
| GERSTEN SAVAGE LLP 600 LEXINTON AVE NEW YORK, NY 10022-6018 | - | | | | | | | 205,915.65 |
| Account No. | | | | | | | | |
| GMDC 1275 LAKE PLAZA DR COLORADO SPRINGS, CO 80906 | - | | | | | | | 3,600.00 |
| Account No. | | | | | | | | |
| GREENBERG TRAURIG LLP METLIFE BLDG., 200 PARK AVE NEW YORK, NY 10166 | - | | | | | | | 48,437.52 |
| Account No. | | | | | | | | |
| H.O. ZIMMAN INC 152 THE LYNNWAY LYNN, MA 01902 | - | | | | | | | 391.00 |

Sheet no. __12__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        266,344.17

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."

In re    **Spongetech Delivery Systems, Inc.** _____,    Case No. _____**10-13647(SMB)**_____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **HATZOLAH OF QUEENS** **8326 BREEVORT STREET** **KEW GARDENS, NY 11415** | - | | | | | | | **108.00** |
| Account No. | | | | | | | | |
| **HELLER HOROWITZ & FIET PC** **292 MADISON AVE** **NEW YORK, NY 10017** | - | | | | | | | **17,275.83** |
| Account No. | | | | | | | | |
| **HOLLADAY STOCK TRANSFER INC** **2939 NORTH 67TH PLACE, STE C** **SCOTTSDALE, AZ 85251** | - | | | | | | | **135.00** |
| Account No. | | | | | | | | |
| **HOUSTON TEXANS** **TWO RELIANT PARK** **HOUSTON, TX 77054** | - | | | | | | | **117,633.32** |
| Account No. | | | | | | | | |
| **IERSI-NY CORPORATION** **1099 WALL ST WEST** **LYNDHURST, NJ 07071** | - | | | | | | | **381.10** |

Sheet no. __**13**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **135,533.25**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re    **Spongetech Delivery Systems, Inc.**      Case No.   **10-13647(SMB)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **INK INC** **511 DELAWARE ST., STE 200** **KANSAS CITY, MO 64105** | - | | | | | | 6,000.00 |
| Account No. | | | | | | | |
| **IRA MINKOFF** **726 TRUMAN AVENUE** **EAST MEADOW, NY 11554** | - | | | | | | 1,996.90 |
| Account No. | | | | | | | |
| **ISG METRO** **95 EAST MAIN ST.,STE 108** **DENVILLE, NJ 07834** | - | | | | | | 567.25 |
| Account No. | | | | | | | |
| **JACK SCHWARTZBERG** **31 FOX HOLLOW LN** **OLD WESTBURY, NY 11568** | - | | | | | | 105.64 |
| Account No. | | | | | | | |
| **James Reilly** **44 Pierson Drive** **Hillsborough, NJ 08844** | - | | | | | | 14,230.00 |

Sheet no. __14__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    22,899.79

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re   **Spongetech Delivery Systems, Inc.**                           Case No. _____**10-13647(SMB)**_____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| JERRY CRUM 24 DANA PACE CLOSTER, NJ 07624 | - | | | | | | | | 1,445.00 |
| Account No. | | | | | | | | | |
| JOSIE CLINE 3862 S LAKE DR ST FRANCIS, WI 53235 | - | | | | | | | | 10,000.00 |
| Account No. | | | | | | | | | |
| KROLL ONTRACK 9023 COLUMBINE RD EDEN PRAIRIE, MN 55347 | - | | | | | | | | 83,948.06 |
| Account No. | | | | | | | | | |
| LEVY RESTURANTS BILLIE JEAN KING NATION TENNIS CTR FLUSHING, NY 11368 | - | | | | | | | | 50,000.00 |
| Account No. | | | | | | | | | |
| LINDA VENITELLI 1445 SHORE PKWY BROOKLYN, NY 11214 | - | | | | | | | | 400.00 |

Sheet no. __15__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        145,793.06

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re     **Spongetech Delivery Systems, Inc.**                              Case No. ____10-13647(SMB)____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Long Island Ducks** **3 Courthouse Drive** **Central Islip, NY 11722** | | - | | | | | 25,500.00 |
| Account No. | | | | | | | |
| **LOS ANGELES ANGELS** **2000 GENE AUTRY WAY** **ANAHEIM, CA 92806** | | - | | | | | 9,125.00 |
| Account No. | | | | | | | |
| **MARBLLET COMPANY** **360 BIRCH LANE** **IRVINGTON, NY 10533** | | - | | | | | 64,150.00 |
| Account No. | | | | | | | |
| **MC2** **PO BOX 643443** **PITTSBURGH, PA 15264-3443** | | - | | | | | 26,697.96 |
| Account No. | | | | | | | |
| **MELTZER MEDIA PRODUCTIONS** **70 WEST 36TH ST** **NEW YORK, NY 10018** | | - | | | | | 400.00 |

Sheet no. __16__ of __31__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)        125,872.96

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re  **Spongetech Delivery Systems, Inc.**                  Case No. _____10-13647(SMB)_____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **MIAMI DOLPHINS** 7500 SW 30 ST DAVIE, FL 33314 | - | | | | | | | 60,000.00 |
| Account No. | | | | | | | | |
| **MIDAS SALES** 609 HIGHLAND AVE SE HICKORY, NC 28602 | - | | | | | | | 99.80 |
| Account No. | | | | | | | | |
| **MILLMAN SEARCH GROUP** 11419 CRONRIDGE DR OWINGS MILLS, MD 21117 | - | | | | | | | 24,000.00 |
| Account No. | | | | | | | | |
| **MISTER LABEL INC** PO BOX 326, BLUFFTON RD BLUFFTON, SC 29910 | - | | | | | | | 75.00 |
| Account No. | | | | | | | | |
| **MONSTER MEDIA WORKS** 14372 COLLECTIONS CTR DR CHICAGO, IL 60693 | - | | | | | | | 14,296.09 |

Sheet no. __17__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          98,470.89

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re    **Spongetech Delivery Systems, Inc.**

Case No. **10-13647(SMB)**

_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **MR BROADWAY** **1372 BROADWAY** **NEW YORK, NY 10018** | - | | | | | | 332.10 |
| **Account No.** | | | | | | | |
| **MSG** **TWO PENNSYLVINIA, 16TH FLR** **NEW YORK, NY 10121** | - | | | | | X | 511,700.00 |
| **Account No.** | | | | | | | |
| **MTV NETWORKS** **1 CHASE METROTECH CTR., 7TH FLR** **N** **BROOKLYN, NY 11245** | - | | | | | | 40,500.00 |
| **Account No.** | | | | | | | |
| **NACS SHOW** **PO BOX 34770** **ALEXANDRIA, VA 22334** | - | | | | | | 250.00 |
| **Account No.** | | | | | | | |
| **NEW CENTURY TRANSPORTATION** **PO BOX 8500-53478** **PHILADEPHIA, PA 19178** | - | | | | | | 2,815.78 |

Sheet no. __18__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **555,597.88**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re    **Spongetech Delivery Systems, Inc.**                    Case No. ___10-13647(SMB)___

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **NEW YORK ISLANDERS**<br>**1255 HEMPSTEAD TURNPIKE**<br>**UNIONDALE, NY 11553** | - | | | | | | 150,000.00 |
| **Account No.** | | | | | | | |
| **NEW YORK YANKEES**<br>**YANKEE STADIUM, 161ST & RIVER AVR**<br>**BRONX, NY 10451** | - | | | | | | 20,478.00 |
| **Account No.** | | | | | | | |
| **NEXT PRODUCTS (USA) LLC**<br>**108 W 39TH ST., STE 504**<br>**NEW YORK, NY 10018** | - | | | | | | 21,630.00 |
| **Account No.** | | | | | | | |
| **NIXON PEABODY ATTORNEYS AT LAW**<br>**437 MADISON AVE**<br>**NEW YORK, NY 10022** | - | | | | | | 59,721.04 |
| **Account No.** | | | | | | | |
| **OFFICE DEPOT**<br>**PO BOX 633211**<br>**CINCINNATI, OH 45263** | - | | | | | | 1,604.75 |

Sheet no. __19__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    253,433.79

These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re  **Spongetech Delivery Systems, Inc.**                    Case No. _____ **10-13647(SMB)**

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>OLD DOMINION FREIGHT LINE INC<br>PO BOX 415202<br>BOSTON, MA 02241 | - | | | | | | 6,316.80 |
| Account No.<br><br>PCAOB<br>PO BOX 631116<br>BALTIMORE, MD 21263 | - | | | | | | 700.00 |
| Account No.<br><br>PEEQ MEDIA LLC<br>PO BOX 823323<br>PHILADEPHIA, PA 19182-3323 | - | | | | | | 5,466.41 |
| Account No.<br><br>PETER J KLEIN<br>13659 71ST RD<br>FLUSHING, NY 11367 | - | | | | | | 716.52 |
| Account No.<br><br>POLAND SPRINGS<br>PO BOX 856192<br>LOUISVILLE, KY 40285-6192 | - | | | | | | 76.16 |

Sheet no. __20__ of __31__ sheets attached to Schedule of              Subtotal              13,275.89
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available.".

In re **Spongetech Delivery Systems, Inc.**                    Case No. **10-13647(SMB)**

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| PR NEWSWIRE ASSOCIATION LLC GPO BOX 5897 NEW YORK, NY 10087 | - | | | | | | | 4,880.00 |
| Account No. | | | | | | | | |
| PRECISION TECHNIQUES 1169 EAST 56TH ST BRONX, NY 10474 | - | | | | | | | 420.00 |
| Account No. | | | | | | | | |
| PRECISIONIR INC LOCKBOX 7391 PO BOX 8500 PHILADEPHIA, PA 19178 | - | | | | | | | 800.00 |
| Account No. | | | | | | | | |
| PRODUCT DEVELOPMENT & PACKAGING INC 11 PROSPECT ST MORRISTOWN, NJ 07960 | - | | | | | | | 14,796.86 |
| Account No. | | | | | | | | |
| QUEENS BALLPARK COMPANY LLC NY METS SHEA STADIUM FLUSHING, NY 11368 | - | | | | | | X | 2,600,000.00 |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,620,896.86**

These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

B6F (Official Form 6F) (12/07) - Cont.

In re __Spongetech Delivery Systems, Inc._____ Case No. __10-13647(SMB)__
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **QVC INC** 1200 WILSON DR MAIL CODE 209 WEST CHESTER, PA 19380 | - | | | | | | 620.04 |
| Account No. **RICHARD CUTLER** 10 CASTLE COURT WOODBURY, NY 11797 | - | | | | | | 226.03 |
| Account No. **RMF ASSOCIATES** 1395 BEACH ST ATLANTIC BEACH, NY 11509 | - | | | | | | 25,000.00 |
| Account No. **ROBISON HILL & CO** 1366 MURRY HOLLADAY RD SALT LAKE CITY, UT 84117 | - | | | | | | 49,600.00 |
| Account No. **ROGERS FOAM CORPORATION** 20 VERNON ST SOMERVILLE, MA 02145 | - | | | | | | 34,125.00 |

Sheet no. __22__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 109,571.07

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re  **Spongetech Delivery Systems, Inc.**                        Case No. ___**10-13647(SMB)**___

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ROGERS MEDIA INC 333 BLOOR ST E TORONTO, ON M4W1G9 | - | | | | | | | 134,520.00 |
| Account No. | | | | | | | | |
| RUSH HOUR EVENTS 162 NORTH FRANKLIN ST., 4TH FLR CHICAGO, IL 60606 | - | | | | | | | 1,500.00 |
| Account No. | | | | | | | | |
| SAYGO STUDIOS 601 N CONGRESS AVE.,STE 433 DELRAY BEACH, FL 33445 | - | | | | | | | 350.00 |
| Account No. | | | | | | | | |
| SCANRIGHT 25 BRODIE DR UNIT 5 RICHMOND HILL, ON L4B3K7 | - | | | | | | | 80.00 |
| Account No. | | | | | | | | |
| SCHNEIDER NATIONAL INC 2567 PAYSPHERE CIRCLE CHICAGO, IL 60674 | - | | | | | | | 1,150.00 |

Sheet no. __23__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    137,600.00

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, o supplement the information contained herein as additional information becomes available."

In re    **Spongetech Delivery Systems, Inc.**                    Case No. ___10-13647(SMB)___
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| SICHENZIA FRIEDMAN LLP 60 BROADWAY, 32ND FLR NEW YORK, NY 10006 | - | | | | | | | | 27,636.28 |
| Account No. | | | | | | | | | |
| SKYLINE MANHATTAN 10-16 AQUARIUM DR SECAUCUS, NJ 07094 | - | | | | | | | | 395.84 |
| Account No. | | | | | | | | | |
| SONNENBLICK,PARKER & SELVERS 4400 RT 9 S FREEHOLD, NJ 07728 | - | | | | | | | | 8,587.88 |
| Account No. | | | | | | | | | |
| SPORTSNET NEW YORK 75 ROCKEFELLER PLAZA NEW YORK, NY 10019 | - | | | | | | | | 175,000.00 |
| Account No. | | | | | | | | | |
| STANDARD & POORS 2542 COLLECTION CTR DR CHICAGO, IL 60693 | - | | | | | | | | 288.00 |

Sheet no. __24__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **211,908.00**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

In re    **Spongetech Delivery Systems, Inc.**                    Case No. ___10-13647(SMB)___

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **STAPLES** PO BOX 689020 DES MOINES, IA 50368 | - | | | | | | 766.29 |
| Account No. | | | | | | | |
| **STAPLES BUSINESS ADVANTAGE** DEPT NY PO BOX 415256 BOSTON, MA 02241-5256 | - | | | | | | 652.74 |
| Account No. | | | | | | | |
| **STERLING COMMERCE** PO BOX 73199 CHICAGO, IL 60673 | - | | | | | | 150.00 |
| Account No. | | | | | | | |
| **STERLING FACTORS** 500 SEVENTH AVE NEW YORK, NY 10018 | - | | | | | | 50.00 |
| Account No. | | | | | | | |
| **TABUSH CONSULTING GROUP** 1350 BROADWAY, STE 1602 NEW YORK, NY 10018 | - | | | | | | 25,223.70 |

Sheet no. __25__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **26,842.73**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."

In re **Spongetech Delivery Systems, Inc.**                    Case No. **10-13647(SMB)**

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| TAMPA BAY BUCCANEERS ONE BUC PLACE TAMPA, FL 33607 | - | | | | | | | 2,697,600.00 |
| Account No. | | | | | | | | |
| TENENBAUM & BERGER LLP 26 COURT ST PENTHOUSE BROOKLYN, NY 11242 | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| THE CAMRY GROUP INC 200 CORPORATE PLAZA, STE 201 ISLANDIA, NY 11749 | - | | | | | | | 2,186.90 |
| Account No. | | | | | | | | |
| THE DEPOSITORY TRUST COMPANY PO BOX 27590 NEW YORK, NY 10087-7590 | - | | | | | | | 1,950.00 |
| Account No. | | | | | | | | |
| THE HARTFORD PO BOX 2907 HARTFORD, CT 06104-2907 | - | | | | | | | 44,034.20 |

Sheet no. **26** of **31** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **2,746,771.10**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."

In re  **Spongetech Delivery Systems, Inc.**                    Case No. _____ **10-13647(SMB)**
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| THE PRO SHOP & SPACE PLACE 12190 44TH ST N., UNIT D CLEARWATER, FL 33762 | | - | | | | | | | 700.00 |
| Account No. | | | | | | | | | |
| TRANSBEAM 20 WEST 36TH ST NEW YORK, NY 10018 | | - | | | | | | | 1,260.57 |
| Account No. | | | | | | | | | |
| TREEHOUSE MEDIA SERVICE INC 1501 BROADWAY, STE 900 NEW YORK, NY 10036 | | - | | | | | | | 349.49 |
| Account No. | | | | | | | | | |
| JLINE SHIPPING SPECIALIST 2200 S LAKESIDE DR WAUKEGAN, IL 60085 | | - | | | | | | | 427.30 |
| Account No. | | | | | | | | | |
| JPS PO BOX 7247-0244 PHILADEPHIA, PA 19170 | | - | | | | | | | 2,491.04 |

Sheet no. __27__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,228.40**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."

In re  **Spongetech Delivery Systems, Inc.**                    Case No.  **10-13647(SMB)**
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| US BANCORP MANIFEST FUNDING SERVICE 165 PASSAIC AVE., STE 303 FAIRFIELD, NJ 07004 | - | | | | | | 6,400.58 |
| Account No. | | | | | | | |
| VAN WAGNERDORNA USA LLC 800 THIRD AVE., 28TH FLR NEW YORK, NY 10022 | - | | | | | | 13,338.17 |
| Account No. | | | | | | | |
| VANITY EVENTS 43 W 33RD ST. STE 600 NEW YORK, NY 10001 | - | | | | | X | 618,000.00 |
| Account No. | | | | | | | |
| VERIZON PO BOX 4820 TRENTON, NJ 08650 | - | | | | | | 1,626.90 |
| Account No. | | | | | | | |
| VINTAGE FILINGS 150 W 46TH ST., 6TH FLR NEW YORK, NY 10036 | - | | | | | | 2,299.00 |

Sheet no. __28__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **641,664.65**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."

In re **Spongetech Delivery Systems, Inc.** , Case No. **10-13647(SMB)**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **VIPA SOLUTIONS** **6345 S 56TH ST. STE 300** **LINCOLN, NE** | - | | | | | | | 2,400.00 |
| Account No. | | | | | | | | |
| **VSR SYSTEMS** **105 CALVERT ST** **HARRISON, NY 10528** | - | | | | | | | 12,600.00 |
| Account No. | | | | | | | | |
| **WASHINGTON REDSKINS** **21300 REDSKINS PARK DR** **ASHBURN, VA 20147** | - | | | | | | | 170,000.00 |
| Account No. | | | | | | | | |
| **WCBS RADIO** **345 HUDSON STREET** **NEW YORK, NY 10014** | - | | | | | | | 43,483.50 |
| Account No. | | | | | | | | |
| **WEB LISTINGS INC** **1623 MILITARY RD # 926** **NIAGARA FALLS, NY 14304-1745** | - | | | | | | | 65.00 |

Sheet no. **29** of **31** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **228,548.50**

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."

In re    **Spongetech Delivery Systems, Inc.**                                    Case No. _____ **10-13647(SMB)**

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| WEST DIRECT LLP PO BOX 3865 OMAHA, NE 68103 | - | | | | | | 1,298.65 |
| Account No. | | | | | | | |
| WFAN-AM PO BOX 33071 NEWARK, NJ 07188-0071 | | | | | | X | 322,748.00 |
| Account No. | | | | | | | |
| WILLIAM LEA INC 14927 COLLECTIONS CTR DR CHICAGO, IL 60693 | - | | | | | | 1,393.25 |
| Account No. | | | | | | | |
| WORLD STOCK TRANFER 433 HACKENSACK AVE, LEVAL L HACKENSACK, NJ 07601 | - | | | | | | 9,630.00 |
| Account No. | | | | | | | |
| WXBR 1460 AM 60 MAIN ST BROCKTON, MA 02301 | - | | | | | | 240.00 |

Sheet no. __30__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          335,309.90

*"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."*

In re    **Spongetech Delivery Systems, Inc.**                          Case No. __10-13647(SMB)__
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **YRC** **PO BOX 471** **AKRON, OH 44309-0471** | - | | | | | | 1,263.37 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __31__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 1,263.37 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 11,800,880.78 |

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, o supplement the information contained herein as additional information becomes available."

# United States Bankruptcy Court
## Southern District of New York

In re   Spongetech Delivery Systems, Inc.

                             Debtor(s)

Case No.    **10-13647(SMB)**

Chapter    11

## VERIFICATION OF CREDITOR MATRIX

      Kenneth P. Silverman, Esq., the chapter 11 operating trustee (the "Trustee") of the corporation named as the debtor in this case, declares that these Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available.

Date: _8/18/10_

Signature _S/ Kenneth P. Silverman_
Kenneth P. Silverman, Esq.,
As Chapter 11 Trustee and solely in that capacity

# United States Bankruptcy Court
## Southern District of New York

In re   Spongetech Delivery Systems, Inc.

Debtor(s)

Case No.   **10-13647(SMB)**

Chapter   11

### DECLARATION

    Kenneth P. Silverman, Esq., the chapter 11 operating trustee  (the "Trustee") of the corporation named as the debtor in this case, declares that these Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller.  The information supplied herein reflects the best information currently available to the Trustee and his counsel.  Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time.  The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available.

Date:  8/18/10

Signature  s/ Kenneth P. Silverman
                Kenneth P. Silverman, Esq.,
                As Chapter 11 Trustee and solely in that capacity

10 WEST 33RD ASSOCIATES
C/O ADAMS & CO.
411 5TH AVENUE, 9TH FLOOR
NEW YORK, NY 10016


43 WEST 33RD STREET REALTY LBJ
43 WEST 33RD STREET
NEW YORK, NY 10001


A & N ENTERPRISES LLC
71-20 HARROW ST
FOREST HILLS, NY 11375


ABE RAPPAPORT ESQ.
195 RT 46 W., STE 11
TOTOWA, NJ 07512


ACCURATE SIGNS
166 2ND AVE
BROOKLYN, NY 11215


ADAMS & COMPANY LLC
411 FIFTH AVE
NEW YORK, NY 10016


ADVANCED COPY CENTER
1417 AVE J
BROOKLYN, NY 11230


AFLAC NEW YORK
22 CORPORATE WOODS BLVD
ALBANY, NY 12211


ANC SPORTS ENTERPRISES LLC
2 MANHATTANVILLE RD.,STE 402
PURCHASE, NY 10577


ARIZONA DIAMONDBACKS
PO BOX 29379
PHOENIX, AZ 85038


BARRY KOLEVZON
360 BIRCH LANE
IRVINGTON, NY 10533

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available.".

BASS LLC
13041 COLLECTIONS CENTER DR
CHICAGO, IL 60693


BEYER GRAPHICS
30 AUSTIN BLVD
COMMACK, NY 11725


BJS WHOLESALE CLUB, INC
PO BOX 9607
NATICK, MA 01760-9607


BOBCATS BASKETBALL LLC
333 EAST TRADE ST
CHARLOTTE, NC 28202


BOSTON REDSOX
PO BOX 414889
BOSTON, MA 02241


BRANDGENUITY
205 HUDSON ST., STE 1001
NEW YORK, NY 10013


BROADVIEW NETWORKS
PO BOX 9242
UNIONDALE, NY 11555


BROADWAY DATABASE INC
768 BEDFORD AVE
BROOKLYN, NY 11205


BROWN RUDNICK
ONE FINANCIAL CTR
BOSTON, MA 02111


BUSINESS TALK RADIO NETWORK
PO BOX 4826
GREENWICH, CT 06831


BUSINESS WIRE INC
DEPT 34182, PO BOX 39000
SAN FRANCISCO, CA 94139

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The Information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."

C.H. ROBINSON WORLDWIDE INC
PO BOX 9121
MINNEAPOLIS, MN 55480-9121


CAROUSEL COLLISION
1902 NEPTUNE AVE
BROOKLYN, NY 11224


CHICAGO BEARS FOOTBALL CLUB
10000 FOOTBALL DR
LAKE FOREST, IL 60045


CHICAGO BLACKHAWK HOCKEY TEAM INC
1901 WEST MADISON ST
LAKE FOREST, IL 60045


CHIEF MEDIA LLC
875 SIXTH AVE., STE 1100
NEW YORK, NY 10001


CHINA BASIN BALLPARK COMPANY LLC
24 WILLIE MAYS PLAZA
SAN FRANCISCO, CA 94107


CINCINNATI BENGELS
ONE  PAUL BROWN STADIUM
CINCINNATI, OH 45202


CIRCA
22 WEST 33RD ST
NEW YORK, NY 10001


CLEO COMMUNICATIONS
PO BOX 15835
LOVES PARK, IL 61132-5835


CLEVELAND BROWNS
76 LOU GROZA BLVD
BEREA, OH 44017


CLEVELAND CAVALIERS
PO BOX 5758
CLEVELAND, OH 44101

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, a supplement the information contained herein as additional information becomes available."

COHEN & GRESSER LLP
100 PARK AVE
NEW YORK, NY 10017


COLORADO ROCKIES BASEBALL CLUB
2001 BLAKE ST
DENVER, CO 80205-2000


COLUMBIA
14 WEST 33RD ST
NEW YORK, NY 10001


COMMERCE HUB
255 FULLER RD
ALBANY, NY 12203


COMMISSIONER OF TAXATION & FINANCE
PO BOX 4128
BINGHAMTON, NY 13902-4128


CORPORATE EVOLUTIONS INC
111 GREAT NECK RD., STE 300
GREAT NECK, NY 11021


CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349


DEBORAH HONIGWACHS
666 WEST END AVE
NEW YORK, NY 10025


DELAWARE SEC OF STATE
1209 ORANGE STREET
WILMINGTON, DE 19801


DEMOVSKY LAWYER SERVICE
401 BROADWAY, STE 510
NEW YORK, NY 10013


DIAL COURIER SERVICE INC
64 FULTON ST, RM 803
NEW YORK, NY 10038

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, o supplement the information contained herein as additional information becomes available."

DIGITAL TARGET MARKETING
224 DATURA ST
WEST PALM BEACH, FL 33401


DIRECT LINK MARKETING
964 LOCUST GROVE TERRACE
ROSEMONT, PA 19010


DIRECT TV
PO BOX 60036
LOS ANGELES, CA 90060


DISCOUNT DRUG MART INC
211 COMMERCE DR
MEDINA, OH 44256


DO IT BEST CORP
PO BOX 868 NELSON RD
FT WAYNE, IN 46801


DOLPHIN STADIUM
226 DAN MARINO BLVD
MIAMI, FL 33056


DRAKEFORD & DRAKEFORD CPA'S
554 DUNCAN RD
ROYSTON, GA 30226


DUANEMORRIS
30 SOUTH 17TH ST
PHILADEPHIA, PA 19103-4196


E-DATA TECHNOLOGIES LLC
261 WEST 35TH ST
NEW YORK, NY 10001


EDGAR AGENTS LLC
195 RT 9 S., STE 204
MANALAPAN, NJ 07726


ELITE PROMOTIONS
1419 N BELCREST AVE
SPRINGFIELD, MO 65802

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

EMCOR SERVICES
24-37 46TH ST
LONG ISLAND CITY, NY 11103


EMPIRE HEALTHCHOICE ASSURANCE INC
PO BOX 11532A
NEW YORK, NY 10286


ENTERCOM
20 GUEST ST., 3RD FLR
BOSTON, MA 02135


EPSTEIN DRANGEL BAZERMAN & JAMES LLP
60 E 42ND ST., STE 820
NEW YORK, NY 10165


ESPN RADIO
2 PENN PLAZA, 17TH FLR
NEW YORK, NY 10121


FEDEX
PO BOX 371461
PITTSBURGH, PA 15250


FIN CHASE CHARTERS
260 ASPINWALL ST
STATEN ISLAND, NY 10307


FOX HOLLOW MARKETING INC
31 FOX HOLLOW LN
OLD WESTBURY, NY 11568


GERSTEN SAVAGE LLP
600 LEXINTON AVE
NEW YORK, NY 10022-6018


GMDC
1275 LAKE PLAZA DR
COLORADO SPRINGS, CO 80906


GREENBERG TRAURIG LLP
METLIFE BLDG., 200 PARK AVE
NEW YORK, NY 10166

These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information urrently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the hapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or upplement the information contained herein as additional information becomes available."

H.O. ZIMMAN INC
152 THE LYNNWAY
LYNN, MA 01902


HATZOLAH OF QUEENS
8326 BREEVORT STREET
KEW GARDENS, NY 11415


HELLER HOROWITZ & FIET PC
292 MADISON AVE
NEW YORK, NY 10017


HOLLADAY STOCK TRANSFER INC
2939 NORTH 67TH PLACE, STE C
SCOTTSDALE, AZ 85251


HOUSTON TEXANS
TWO RELIANT PARK
HOUSTON, TX 77054


IERSI-NY CORPORATION
1099 WALL ST WEST
LYNDHURST, NJ 07071


INK INC
511 DELAWARE ST., STE 200
KANSAS CITY, MO 64105


IRA MINKOFF
726 TRUMAN AVENUE
EAST MEADOW, NY 11554


ISG METRO
95 EAST MAIN ST., STE 108
DENVILLE, NJ 07834


JACK SCHWARTZBERG
31 FOX HOLLOW LN
OLD WESTBURY, NY 11568


JAMES REILLY
44 PIERSON DRIVE
HILLSBOROUGH, NJ 08844

These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information
urrently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the
hapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or
pplement the information contained herein as additional information becomes available."

JERRY CRUM
24 DANA PACE
CLOSTER, NJ 07624


JOSIE CLINE
3862 S LAKE DR
ST FRANCIS, WI 53235


KROLL ONTRACK
9023 COLUMBINE RD
EDEN PRAIRIE, MN 55347


LEVY RESTURANTS
BILLIE JEAN KING NATION TENNIS CTR
FLUSHING, NY 11368


LINDA VENITELLI
1445 SHORE PKWY
BROOKLYN, NY 11214


LONG ISLAND DUCKS
3 COURTHOUSE DRIVE
CENTRAL ISLIP, NY 11722


LOS ANGELES ANGELS
2000 GENE AUTRY WAY
ANAHEIM, CA 92806


MARBLLET COMPANY
360 BIRCH LANE
IRVINGTON, NY 10533


MC2
PO BOX 643443
PITTSBURGH, PA 15264-3443


MELTZER MEDIA PRODUCTIONS
70 WEST 36TH ST
NEW YORK, NY 10018


MIAMI DOLPHINS
7500 SW 30 ST
DAVIE, FL 33314

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, supplement the information contained herein as additional information becomes available."

MIDAS SALES
609 HIGHLAND AVE SE
HICKORY, NC 28602


MILLMAN SEARCH GROUP
11419 CRONRIDGE DR
OWINGS MILLS, MD 21117


MISTER LABEL INC
PO BOX 326, BLUFFTON RD
BLUFFTON, SC 29910


MONSTER MEDIA WORKS
14372 COLLECTIONS CTR DR
CHICAGO, IL 60693


MR BROADWAY
1372 BROADWAY
NEW YORK, NY 10018


MSG
TWO PENNSYLVINIA, 16TH FLR
NEW YORK, NY 10121


MTV NETWORKS
4 CHASE METROTECH CTR., 7TH FLR W
BROOKLYN, NY 11245


NACS SHOW
PO BOX 34770
ALEXANDRIA, VA 22334


NEW CENTURY TRANSPORTATION
PO BOX 8500-53478
PHILADEPHIA, PA 19178


NEW YORK ISLANDERS
1255 HEMPSTEAD TURNPIKE
UNIONDALE, NY 11553


NEW YORK YANKEES
YANKEE STADIUM, 161ST & RIVER AVR
BRONX, NY 10451

ιese Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information rently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the apter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or plement the information contained herein as additional information becomes available."

NEXT PRODUCTS (USA) LLC
108 W 39TH ST., STE 504
NEW YORK, NY 10018


NIXON PEABODY ATTORNEYS AT LAW
437 MADISON AVE
NEW YORK, NY 10022


OFFICE DEPOT
PO BOX 633211
CINCINNATI, OH 45263


OLD DOMINION FREIGHT LINE INC
PO BOX 415202
BOSTON, MA 02241


PCAOB
PO BOX 631116
BALTIMORE, MD 21263


PEEQ MEDIA LLC
PO BOX 823323
PHILADEPHIA, PA 19182-3323


PETER J KLEIN
13659 71ST RD
FLUSHING, NY 11367


POLAND SPRINGS
PO BOX 856192
LOUISVILLE, KY 40285-6192


PR NEWSWIRE ASSOCIATION LLC
GPO BOX 5897
NEW YORK, NY 10087


PRECISION TECHNIQUES
1169 EAST 56TH ST
BRONX, NY 10474


PRECISIONIR INC
LOCKBOX 7391 PO BOX 8500
PHILADEPHIA, PA 19178

hese Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information
rrently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the
apter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or
pplement the information contained herein as additional information becomes available."

PRODUCT DEVELOPMENT & PACKAGING INC
11 PROSPECT ST
MORRISTOWN, NJ 07960


QUEENS BALLPARK COMPANY LLC
NY METS SHEA STADIUM
FLUSHING, NY 11368


QVC INC
1200 WILSON DR MAIL CODE 209
WEST CHESTER, PA 19380


RICHARD CUTLER
10 CASTLE COURT
WOODBURY, NY 11797


RMF ASSOCIATES
1395 BEACH ST
ATLANTIC BEACH, NY 11509


ROBISON HILL & CO
1366 MURRY HOLLADAY RD
SALT LAKE CITY, UT 84117


ROGERS FOAM CORPORATION
20 VERNON ST
SOMERVILLE, MA 02145


ROGERS MEDIA INC
333 BLOOR ST E
TORONTO, ON M4W1G9


RUSH HOUR EVENTS
162 NORTH FRANKLIN ST., 4TH FLR
CHICAGO, IL 60606


SAYGO STUDIOS
601 N CONGRESS AVE.,STE 433
DELRAY BEACH, FL 33445


SCANRIGHT
25 BRODIE DR UNIT 5
RICHMOND HILL, ON L4B3K7

ese Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information rently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the pter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or plement the information contained herein as additional information becomes available."

SCHNEIDER NATIONAL INC
2567 PAYSPHERE CIRCLE
CHICAGO, IL 60674


SICHENZIA FRIEDMAN LLP
60 BROADWAY, 32ND FLR
NEW YORK, NY 10006


SKYLINE MANHATTAN
10-16 AQUARIUM DR
SECAUCUS, NJ 07094


SONNENBLICK,PARKER & SELVERS
4400 RT 9 S
FREEHOLD, NJ 07728


SPORTSNET NEW YORK
75 ROCKEFELLER PLAZA
NEW YORK, NY 10019


STANDARD & POORS
2542 COLLECTION CTR DR
CHICAGO, IL 60693


STAPLES
PO BOX 689020
DES MOINES, IA 50368


STAPLES BUSINESS ADVANTAGE
DEPT NY PO BOX 415256
BOSTON, MA 02241-5256


STERLING COMMERCE
PO BOX 73199
CHICAGO, IL 60673


STERLING FACTORS
500 SEVENTH AVE
NEW YORK, NY 10018


TABUSH CONSULTING GROUP
1350 BROADWAY, STE 1602
NEW YORK, NY 10018

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, o supplement the information contained herein as additional information becomes available."

TAMPA BAY BUCCANEERS
ONE BUC PLACE
TAMPA, FL 33607


TENENBAUM & BERGER LLP
26 COURT ST PENTHOUSE
BROOKLYN, NY 11242


THE CAMRY GROUP INC
200 CORPORATE PLAZA, STE 201
ISLANDIA, NY 11749


THE DEPOSITORY TRUST COMPANY
PO BOX 27590
NEW YORK, NY 10087-7590


THE HARTFORD
PO BOX 2907
HARTFORD, CT 06104-2907


THE PRO SHOP & SPACE PLACE
12190 44TH ST N., UNIT D
CLEARWATER, FL 33762


TRANSBEAM
20 WEST 36TH ST
NEW YORK, NY 10018


TREEHOUSE MEDIA SERVICE INC
1501 BROADWAY, STE 900
NEW YORK, NY 10036


ULINE SHIPPING SPECIALIST
2200 S LAKESIDE DR
WAUKEGAN, IL 60085


UPS
PO BOX 7247-0244
PHILADEPHIA, PA 19170


US BANCORP MANIFEST FUNDING SERVICE
165 PASSAIC AVE., STE 303
FAIRFIELD, NJ 07004

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

US BANK CORP.
1450 CHANNEL
MARSHALL, MN 56258


VAN WAGNERDORNA USA LLC
800 THIRD AVE., 28TH FLR
NEW YORK, NY 10022


VANITY EVENTS
43 W 33RD ST. STE 600
NEW YORK, NY 10001


VERIZON
PO BOX 4820
TRENTON, NJ 08650


VINTAGE FILINGS
150 W 46TH ST., 6TH FLR
NEW YORK, NY 10036


VIPA SOLUTIONS
6345 S 56TH ST. STE 300
LINCOLN, NE


VSR SYSTEMS
105 CALVERT ST
HARRISON, NY 10528


WASHINGTON REDSKINS
21300 REDSKINS PARK DR
ASHBURN, VA 20147


WCBS RADIO
345 HUDSON STREET
NEW YORK, NY 10014


WEB LISTINGS INC
1623 MILITARY RD # 926
NIAGARA FALLS, NY 14304-1745


WEST DIRECT LLP
PO BOX 3865
OMAHA, NE 68103

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."

WFAN-AM
PO BOX 33071
NEWARK, NJ 07188-0071


WILLIAM LEA INC
14927 COLLECTIONS CTR DR
CHICAGO, IL 60693


WORLD STOCK TRANFER
433 HACKENSACK AVE, LEVAL L
HACKENSACK, NJ 07601


WXBR 1460 AM
60 MAIN ST
BROCKTON, MA 02301


YRC
PO BOX 471
AKRON, OH 44309-0471

"These Schedules have been prepared by the Debtor's interim counsel from information supplied by the Debtor's Controller. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the Schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Chapter 11 Operating Trustee and for notice purpose only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available."