In re   SpongeTech Delivery Systems, Inc.  ,   Case No. __10-13647 (SMB)__
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| | | | (Report also on Summary of Schedules) | |

__0__ continuation sheets attached to the Schedule of Real Property

Kenneth P. Silverman, Esq. the interim chapter 7 trustee (the "Trustee") of the corporation named as the debtor in this case, declares that these schedules have been prepared from information supplied by the debtor's counsel, mail received by the debtor and the Interim Chapter 7Trustee's office. The information supplied herein reflects the best information currently available to the Trustee and his counsel. Therefore, the verification of the schedules must be qualified accordingly. The Trustee is filing these schedules solely in his capacity as the Interim Chapter 7 Trustee and for notice purposes only and these schedules should not be relied upon for any other purpose at this time. The Trustee reserves the right to modify, amend, or supplement the information contained herein as additional information becomes available.