# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 10-13647 SMB Judge: STUART M BERNSTEIN  
Case Name: SPONGETECH DELIVERY SYSTEMS, INC.

Trustee Name: KENNETH P. SILVERMAN  
Date Filed (f) or Converted (c): 11/10/10 (c)  
341(a) Meeting Date: 09/02/10  
Claims Bar Date:

For Period Ending: 11/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TURNOVER OF A/R BALANCE FROM FORMER FACTOR (u) | Unknown | Unknown | | 885.92 | Unknown |
| 2. TAX REFUNDS (u) | Unknown | Unknown | | 629.53 | Unknown |
| 3. ACCOUNT RECEIVABLES (u) | Unknown | Unknown | | 29,389.56 | Unknown |
| 4. INSURANCE POLICIES (u) | Unknown | Unknown | | 4,824.24 | Unknown |
| 5. Interest Deposits (u) | Unknown | N/A | | 0.50 | |

TOTALS (Excluding Unknown Values)   $0.00   $0.00       $35,729.75   $0.00

Gross Value of Remaining Assets  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /   Current Projected Date of Final Report (TFR): / /

LFORM1   Ver: 16.00a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Page: 1 |
|---|---|---|---|---|---|---|
| Case No: | 10-13647-SMB | | Trustee Name: | | KENNETH P. SILVERMAN | |
| Case Name: | SPONGETECH DELIVERY SYSTEMS, INC. | | Bank Name: | | BANK OF AMERICA | |
| | | | Account Number / CD #: | | *******2329 MMA - Ch. 11 account | |
| Taxpayer ID No: | *******7231 | | Blanket Bond (per case limit): | | | |
| For Period Ending: | 11/10/10 | | Separate Bond (if applicable): | $ 20,000,000.00 | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/25/10 | 1 | STERLING FACTORS CORPORATION | TURNOVER OF A/R BAL. FROM FACTOR | 1221-000 | 885.92 | | 885.92 |
| 09/15/10 | 2 | UNITED STATES TREASURY | 941 TAX REFUND 6/10 | 1224-000 | 629.53 | | 1,515.45 |
| 09/15/10 | 3 | SEARS HOLDINGS MANAGEMENT CORPORATION | ACCOUNTS RECEIVABLE | 1221-000 | 14.00 | | 1,529.45 |
| 09/21/10 | 3 | SEARS HOLDINGS MANAGEMENT CORPORATION | ACCOUNTS RECEIVABLE | 1221-000 | 14.00 | | 1,543.45 |
| 09/27/10 | 3 | ALLIANCE INTERNATIONAL LLC | ACCOUNTS RECEIVABLE | 1221-000 | 585.50 | | 2,128.95 |
| 09/27/10 | 3 | IMPERIAL DISTRIBUTORS, INC. | ACCOUNTS RECEIVABLE | 1221-000 | 827.91 | | 2,956.86 |
| 09/27/10 | 4 | EMPIRE BLUECROSS/BLUESHIELD | REFUND ON INS. POLICY 6/1/10-7/1/10 | 1229-000 | 516.21 | | 3,473.07 |
| 09/27/10 | 4 | EMPIRE BLUECROSS/BLUESHIELD | REFUND ON INS. POLICY 6/1/10-7/1/10 | 1229-000 | 4,308.03 | | 7,781.10 |
| 09/28/10 | 3 | COSTCO WHOLESALE | ACCOUNTS RECEIVABLE | 1221-000 | 433.87 | | 8,214.97 |
| 09/28/10 | 3 | SEARS HOLDINGS MANAGEMENT CORPORATION | ACCOUNTS RECEIVABLE | 1221-000 | 28.00 | | 8,242.97 |
| 09/30/10 | | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 8,243.01 |
| 10/01/10 | 5 | Transfer to Acct #*******4162 | Bank Funds Transfer | 9999-000 | | 2,500.00 | 5,743.01 |
| 10/22/10 | 3 | SEARS HOLDINGS MANAGEMENT CORPORATION | ACCOUNTS RECEIVABLE | 1221-000 | 21.00 | | 5,764.01 |
| 10/25/10 | 3 | SEARS HOLDINGS MANAGEMENT CORPORATION | ACCOUNTS RECEIVABLE | 1221-000 | 10.50 | | 5,774.51 |
| 10/26/10 | 3 | SEARS HOLDINGS MANAGEMENT CORPORATION | ACCOUNTS RECEIVABLE | 1221-000 | 4.00 | | 5,778.51 |
| 10/26/10 | 3 | CVS CORPORATION | ACCOUNTS RECEIVABLE | 1221-000 | 27,450.78 | | 33,229.29 |
| 10/29/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 33,229.50 |
| 11/10/10 | 5 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 33,229.75 |
| 11/10/10 | | Transfer to Acct #*******4285 | Final Posting Transfer | 9999-000 | | 33,229.75 | 0.00 |

| | Page Subtotals | 35,729.75 | 35,729.75 |
|---|---|---|---|

LFORM24     Ver: 16.00a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-13647 -SMB
Case Name: SPONGETECH DELIVERY SYSTEMS, INC.
Taxpayer ID No: ********7231
For Period Ending: 11/10/10

Trustee Name: KENNETH P. SILVERMAN
Bank Name: BANK OF AMERICA
Account Number / CD #: ******2329 MMA - Ch. 11 account
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 20,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 35,729.75 | 35,729.75 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 35,729.75 | |
| | | | Subtotal | | 35,729.75 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 35,729.75 | 0.00 | |

Page Subtotals  0.00  0.00

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 10-13647 -SMB  
Case Name: SPONGETECH DELIVERY SYSTEMS, INC.  
Taxpayer ID No: ******7231  
For Period Ending: 11/10/10

Trustee Name: KENNETH P. SILVERMAN  
Bank Name: BANK OF AMERICA  
Account Number / CD #: ******4162 Checking Account (Non-Interest Earn  

Blanket Bond (per case limit):  
Separate Bond (if applicable): $ 20,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/10 | | Transfer from Acct #******2329 | Bank Funds Transfer | 9999-000 | 2,500.00 | | 2,500.00 |
| 10/01/10 | 000100 | MCCALLAR LAW FIRM | RETAINER DUE LOCAL COUNSEL FOR REPRESENTATION OF TRUSTEE IN DICON TECHNOLOGIES, LLC MATTER IN SAVANNAH, GA | 3210-000 | | 2,500.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,500.00 | 2,500.00 |
| Less: Bank Transfers/CD's | 2,500.00 | 0.00 |
| Subtotal | 0.00 | 2,500.00 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 0.00 | 2,500.00 |

Page Subtotals 2,500.00 2,500.00

Page: 3  
Ver: 16.00a  
LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| | |
|---|---|
| Case No: | 10-13647 -SMB |
| Case Name: | SPONGETECH DELIVERY SYSTEMS, INC. |
| Taxpayer ID No: | *******7231 |
| For Period Ending: | 11/10/10 |

| | |
|---|---|
| Trustee Name: | KENNETH P. SILVERMAN |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******4285 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 20,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/10/10 | | Transfer from Acct #*******2329 | Transfer In From MMA Account | 9999-000 | 33,229.75 | | 33,229.75 |
| | | | COLUMN TOTALS | | 33,229.75 | 0.00 | 33,229.75 |
| | | | Less: Bank Transfers/CD's | | 33,229.75 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA - Ch. 11 account - ********2329 | 35,729.75 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********4162 | 0.00 | 2,500.00 | 0.00 |
| Money Market Account (Interest Earn - ********4285 | 0.00 | 0.00 | 33,229.75 |
| | 35,729.75 | 2,500.00 | 33,229.75 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    33,229.75    0.00

LFORM24    Ver: 16.00a