

**SPNGQ - Case: 10-13647 (SMB)**
chillie
to:
bernstein.chambers
03/02/2011 10:19 AM
Cc:
"Kenneth P. Silverman", "Tracy.H.Davis", "Elisabetta.G.Gasparini"
Show Details

1 Attachment



Spongetech Ch 7 Doc 232 filed 23 feb 11.pdf

Honorable Judge Bernstein,

A while back, I wrote an email (Doc#232 attached) to the Trustee Mr. Silverman requesting that he publish the 400-450 page document that depicts the 50 Billion counterfeit shares present in Spongetech Delivery's (SPNG) share structure. To date that has not been done. Hence this email.

Your Honor, to give some background, the reason SPNG is in Bankruptcy is not due to cash flow problems nor is it due to a loan default as it had zero debt on its last filed balance sheet. SPNG had real products, established a shelf space/presence in 40,000+ retail stores, had very strong customer demand and was on the verge of high growth and job creation in the US. Unfortunately SPNG's business goals were not realized because of a vicious attack by Naked Short Sellers who decimated SPNG's share value by flooding the market with unauthorized, counterfeit shares. In addition these perpetrators directly or indirectly, maliciously inundated the SEC with emails alleging improper conduct by SPNG's management. The SEC beseeched with these emails and without proper due diligence drove SPNG to its current situation. Thus far, the SEC/DOJ have not been able to provide discovery on its allegations and complaints on SPNG.

Your Honor, most importantly, Shareholders feel that the key to this case lies in the 450 page document depicting the 50 Billion counterfeit shares and full transparency to all of SPNG's stakeholders can only enable Judicial efficiency and effectiveness.

Wherefore, I respectfully request that Honorable Judge Bernstein enforce full transparency and compel Mr. Silverman to publish the 450 page report on NSS/counterfeit shares.

Your Honor, thank you for considering this request.

Respectfully,

A.Venkatesh
SPNG Shareholder



SPNGQ Issues - Case: 10-13647 (SMB)
chillie
to:
Kenneth P. Silverman, bernstein.chambers, Elisabetta.G.Gasparini, cc:Tracy.H.Davis
02/18/2011 01:07 PM
Show Details

2 Attachments

 

Cresta lawsuit.docx  NYP lawsuit.docx

Dear Mr. Silverman,

Thank you for the generous gesture of sending the Dicon related notices via email. Shareholders had access to these notices last week, well in advance of your email. Nevertheless your email confirmation is appreciated.

It is a shame that you want to close the Dicon books when there are so many outstanding issues against Wayne Celia Sr. He has established a consistent behavior pattern of duping people. Wayne Celia Sr. misrepresented Dicon's financial health to H.H.Brown and consequently Dicon was jettisoned from H.H.Brown. He then duped Aquamatrix which was settled or still is in dispute. And finally, he and his then partners modified the books to inflate the value of Dicon before it was sold to SPNG for $4.5 million. So Wayne Celia Sr. has history and a trail of deceiving people. It is disappointing to note that you are giving it away for peanuts to none other than Wayne Celia Sr.

**Request: Please file a law suit against Wayne Celia Sr. and seek appropriate and proper compensatory relief including damages.**

Continuing with the topic of Dicon, both Harvey Goodman and Rosalind Nathanial have not been served with Rule 2004 application. Both of them have hurt and damaged SPNG with devious and fraudulent activities. Why??

**Request: Please make a Rule 2004 application against both Harvey Goodman and Rosalind Nathanial. In addition file a lawsuit against them seeking damages and compensatory relief as deemed just.**

Mr. Silverman, shareholders were told that you are on possession of a 450 page report that indicates the presence of 53Billion naked, counterfeit shares. Why have you not published it? Publishing the report would enhance your transparency.

**Request: If you are in possession of such a report please publish it. If not please seek for the report and publish it.**

Mr. Silverman, why have you not pursued discovery against Cresta Capital Strategies(Cresta) and the New york Post(NYP)? The company (SPNG) filed a lawsuit against Cresta on 16 October, 2009 and against New York Post on 23 April, 2010. I am attaching the files of the PRs for your reading.

**Request: Please make a rule 2004 application against Cresta Capital Strategies and against New York Post, Kaja White House, Teri Buhl, Tomothy Sykes, David E. Patch Jr., et al. Follow up with law suits against them.**

Mr. Silverman, what is the status of the $6M note receivable from Business Talk Radio(BTR)? I believe BTR's business is thriving and therefore it should be easily recoverable.

**Request: Please make an immediate rule 2004 application against BTR and seek recovery of the receivable aggressively.**

Mr. Silverman, I find it interesting that TD America owes SPNG $1.2M but more so that David Pilond (from whose posting on the Yahoo financial blog I gleaned this info) had to point you you in that direction. In fact you were so surprised, you exclaimed "what's he talking about?" Why do you need to be prodded to flip all the pots and pans? The same goes regarding your disposition towards the 53Billion naked, counterfeit shares that exist in the SPNG share structure. Why don't you look at it like an asset whose cash value can be unleashed by enforcing a short covering on the open market. The cash generated could be a source of funds to pay off all creditors, Bankruptcy expenses and still leave sufficient monies to capitalize SPNG for successful business development. Shareholders feel you can do it. You just need to discard your straight jacket, think out of the box, muster courage and force the perpetrators of NSS to cover on the open market.

**Request: Please make a rule 2004 application against FINRA, request them for the report on the NSS that destroyed SPNG's business and publish it.**

Mr. Silverman, if I look at the above list of requests, I have to question your objectivity and motivation to prosecute this case in the manner you have done thus far. When you walked in while Mr. Gregory Hays was walking out, shareholders were happy as they were under the impression that you would prosecute the case with business sense and integrity, giving consideration first to creditors and then to shareholders. But that has not happened. Hence shareholders respectfully request that you comply with the above requests.

Respectfully,

A.Venkatesh

SPNG Shareholder