|  |  |
|---|---|
| Hearing Date: | April 7, 2011 at 10:00 a.m. |
| Objections Due: | March 31, 2011 at 4:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                    Chapter 7

SPONGETECH DELIVERY SYSTEMS, INC.,             Case No. 10-13647 (SMB)

                Debtor.
------------------------------------------------------------------x

### NOTICE OF HEARING ON THE MOTIONS OF ROY S. HUBBARD JR. AND A. VENKATESH FOR A STAY OF THE CHAPTER 7 LIQUIDATION, AND TO COMPEL THE RETENTION OF SPECIAL SECURITIES COUNSEL AND BANKRUPTCY RULE 2004 DISCOVERY AND THE PRODUCTION OF <u>DOCUMENTS BY THE TRUSTEE PURSUANT TO BANKRUPTCY CODE §704(A)(7)</u>

**PLEASE TAKE NOTICE**, that **at the direction of United States Bankruptcy Judge Stuart M. Bernstein at a status conference held on March 3, 2011 at 11 a.m.,** Kenneth P. Silverman, Esq., the chapter 7 trustee of the estate of Spongetech Delivery Systems, Inc. (the "Debtor"), by his attorneys, SilvermanAcampora, LLP, hereby notices the hearing of two motions by Roy S. Hubbard, Jr. (ECF Docket #235) and A. Venkatesh (ECF Docket #236) which seek a stay of the chapter 7 liquidation, and to compel the retention of special securities counsel and Bankruptcy Rule 2004 discovery by the Trustee and the production of documents by the Trustee pursuant to 11 U.S.C. §704(a)(7) (the "Motions").

      **PLEASE TAKE FURTHER NOTICE**, that the Motions will be by the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, New York, New York 10004, on **April 7, 2011, at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel can be heard.

      **PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Order must be in writing, must conform to the Bankruptcy Rules and the Local Rules, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefore, and must be filed with the Bankruptcy Court, electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System may be found at

www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-242, and any responses or objection must be served upon: (i) Roy S. Hubbard, Jr., (ii) A. Venkatesh, (iii)SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 (Attn: Brett S. Silverman); (iv the Office of the United States Trustee, 33 Whitehall Street, 22nd floor, New York, New York 10004 (Attn: Elisabetta G. Gasparini, Esq.); and (v) to the Chambers of the Honorable Stuart M. Bernstein, so as to be filed and received no later than **March 31, 2011, at 4:00 p.m. (prevailing Eastern Standard Time)**.

**PLEASE TAKE FURTHER NOTICE,** that failure to appear in person on April 7, 2011 may result in the denial of the Motions.

Dated: Jericho, New York
     March 4, 2011

**SILVERMANACAMPORA LLP**
Attorneys for Kenneth P. Silverman, Esq.,
  Chapter 7 Trustee

By: *s/Anthony C. Acampora*
Anthony C. Acampora
100 Jericho Quadrangle - Suite 300
Jericho, New York 11753
(516) 479-6300