**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SPONGETECH DELIVERY SYSTEMS, INC.,<br><br>              Debtor. | Case No. 10-13647 (SMB)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE** that The New Spongetech, L.L.C. hereby appears in this case by its counsel:

>Rabinowitz, Lubetkin & Tully, L.L.C.
>293 Eisenhower Parkway Drive, Suite 100
>Livingston, New Jersey 07039
>Attention: Jay L. Lubetkin, Esq.
>Telephone No.: (973) 597-9100
>Telecopy No.: (973) 597-9119
>E-Mail: jlubetkin@rltlawfirm.com

      **REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions, or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon the above-referenced counsel.

      **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to

affect in any way the rights or interests of The New Spongetech, L.L.C., or the property or proceeds in which The New Spongetech, L.L.C. may claim an interest.

DATED: Livingston, New Jersey
March 11, 2011

**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
*Attorneys for Interested Party,*
 *The New Spongetech, L.L.C.*

By: /s/ Jay L. Lubetkin
 JAY L. LUBETKIN

293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
Telephone: (973) 597-9100
Facsimile: (973) 597-9119
E-mail: jlubetkin@rltlawfirm.com

F:\Client_Files\N-Z\Tzanides\NOTAPPR.DOC