**Fw: Spongetech Bankruptcy**
Carl Wedoff  to: Juanita Epps                                                                 03/23/2011 03:04 PM

Hi Juanita:

Here is another spongetech email, in case Maria didn't send it down already.

Thanks,
Carl

Carl Wedoff
Law Clerk to Judge Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
(212) 668-2304 Ext. 3

----- Forwarded by Carl Wedoff/NYSB/02/USCOURTS on 03/23/2011 03:02 PM -----

| | |
|---|---|
| From: | [redacted]@aol.com |
| To: | bernstein.chambers@nysb.uscourts.gov |
| Date: | 03/23/2011 06:08 AM |
| Subject: | Fwd: Spongetech Bankruptcy |

Subject: Spongetech Bankruptcy

Your Honor:

I am a stockholder, invested in Spongetech. Currently you are reviewing the case before you on the Spongetech bankruptcy. It seems that there is a rush to liquidate this company for some reasons unknown at this time. I believe ,as many, that the SEC is coving for the Naked shorts and market makers. Naked shorting has been going on for years under the watchful eyes of the SEC and to date nothing has been done on this illegal practice. If the company is successfully liquidated, the naked shorts win again. The honest stockholders that played the game right, gets cheated out of there investment. Why, when the company is ready to collect on a note, in June ,for six million dollars is the SEC and others trying to liqudate the company?

As a Judge, I'm sure your looking for proof. The proof of naked short trading would come out if the company is allowed to trade one again. This illegal activity needs to stop. Currently, I believe the SEC is working to protect the market makers. If you only ordered the brokerage firms to issue certs. to their stockholders of spongetech within sixty days, this would push the naked shorts to cover. This company has a great product but there are elements out there that want to manipulate the stock.

I hope you do what is right by the shareholders and creditors.

Regards
Bill A. Alevrides ( Shareholder)