SPNGQ - Case: 10-13647 (SMB)
chillie
to:
Kenneth P. Silverman
04/12/2011 09:39 AM
Cc:
bernstein.chambers, AAcampora, "Elisabetta.G.Gasparini", Roy Hubbard
Show Details

Dear Mr. Silverman,

Treasury shares belong to the Company and are an asset. In the event the Naked Short Sellers are forced to hard cover, the treasury shares can be liquidated and millions of dollars can be deposited into SPNG's bank account. The expected price per share can be estimated if the number of shareholders and the shares in circulation are known. The NOBO-OBO report gives a glimpse of the total shares in circulation and the number of Shareholders and can be used for estimating share value. Besides, the Shareholder listing is a required schedule for Bankruptcy administration and has not been filed. Under current circumstances the NOBO-OBO report is the best shareholder listing report available.

Mr. Silverman, filing the Shareholder listing means promoting full transparency, judicial economy, efficiency and effectiveness. Therefore, I request you to obtain the NOBO-OBO report immediately and publish it on PACER and/or the website. It costs about $200.


Respectfully,

A.Venkatesh
SPNG Shareholder