UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                    Chapter 7

SPONGETECH DELIVERY SYSTEMS, INC.,                        Case No. 10-13647 (SMB)

                    Debtor.
-----------------------------------------------------------------x

# ORDER DENYING MOTIONS BY
# ROY S. HUBBARD, JR. AND A. VENKATESH

Upon the motions by Roy S. Hubbard, Jr. ("Hubbard")(ECF Docket #235) and A. Venkatesh ("Venkatesh")(ECF Docket #236) which seek a stay of the chapter 7 liquidation, and to compel the retention of special securities counsel and Bankruptcy Rule 2004 discovery by the Trustee and the production of documents by the Trustee pursuant to 11 U.S.C. §704(a)(7) (collectively, the "Motions"); and upon the opposition to the Motions filed by the Trustee on March 30, 2011; and upon the hearing held on April 7, 2011 (the "Hearing"), before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, the transcript of which is incorporated herein by reference; and the Trustee having appeared on that day in opposition to the Motions, by and through his counsel; and Hubbard having appeared on that day in support of his Motion; and Venkatesh having requested an appearance by telephone, but having not called into the Hearing; and sufficient cause having been shown therefore; and upon due deliberation and consideration of the facts and circumstances relevant to the matter; and no additional notice being necessary or required; and the Court having rendered its decision, it is now hereby

**ORDERED,** that the Motions are denied in their entirety **SMB 4/15/11** ~~with prejudice~~; and it is further

**ORDERED**, that the Trustee is authorized, empowered and directed to do such things, execute such documents and expend such funds as are necessary to implement the terms and conditions of this Order.

Dated: New York, New York
      April 14, 2011

                                                **/s/ STUART M. BERNSTEIN**
                                                HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE