#129 CB

| United States Bankruptcy Court<br>Southern District of New York | PROOF OF INTEREST OF<br>EQUITY SECURITY HOLDER | |
|---|---|---|
| In re:<br>SPONGETECH DELIVERY SYSTEMS, INC. | Case Number<br>10-13647 (SMB) | |

Name of Holder of Equity Security Interest
(The person or entity that owns or controls an equity security interest in the Debtor)

FRANK O. SUAREZ

Address and telephone number:

25608 SERENA DR.
VALENCIA, CA - 91355
661 510-0976

9 Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

9 Check box if you have never received any notices from the bankruptcy court in this case.

9 Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH HOLDER IDENTIFIES DEBTOR

Check here if this claim: 9 replaces
9 amends a previously filed proof of interest, dated:

1. IF THE HOLDER OF THE EQUITY SECURITY INTEREST IS A CORPORATION, PRINT THE NAME AND TITLE OF THE DULY AUTHORIZED OFFICER MAKING THIS CLAIM, HIS/HER ADDRESS, THE STATE IN WHICH THAT CORPORATION IS INCORPORATED, AND THE ADDRESS OF THAT CORPORATION.

N/A

2. IF THE HOLDER OF THE EQUITY SECURITY INTEREST IS A PARTNERSHIP OR LIMITED LIABILITY COMPANY, PRINT THE NAME AND TITLE OF THE DULY AUTHORIZED MEMBER MAKING THIS CLAIM, HIS/HER ADDRESS, THAT STATE IN WHICH THAT PARTNERSHIP OR LIMITED LIABILTY COMPANY WAS FORMED, AND THE ADDRESS OF THAT PARTNERSHIP OR LIMITED LIABILITY COMPANY

N/A

3. BASIS FOR EQUITY SECURITY INTEREST (Describe in detail, i.e., stock certificate, warrant, stock option, etc.):

SEE ATTACHED

4. DATE EQUITY SECURITY INTEREST(S) WAS OBTAINED
SEE ATTACHED

5. IF BY COURT JUDGMENT, DATE OBTAINED:
N/A

6. TYPE(S) OF SHARES HELD (Please Check; if more than one type of shares is held, pleas attach schedule stating each type of shares held and the respective number of shares held of each type):
Common: ✓
Preferred: ___
Other (Explain): ___

7. NUMBER OF SHARES HELD:

110,000

8. SUPPORTING DOCUMENTS MUST BE ATTACHED: Attach copies of supporting documents, such as stock certificate(s), warrants, promissory notes, option agreements, voting proxies, shareholder agreements, other contracts, court judgments, or evidence of security interests. If the documents are not available, explain in detail the basis for that non-availability. If the documents are voluminous (more than 30 pages), attach a summary.

9. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of interest.

THIS SPACE IS FOR COURT USE ONLY

DATE:
5-27-2011

Sign and print the name and title, if any, of the holder or other person authorized to file this claim (attach copy of power of attorney, if any)

Frank O. Suarez

RECEIVED MAY 31 2011 BANKRUPTCY COURT, SDNY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

059228/898076.1/BSS

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| | | | | | 02/03/10 | | | | | |
| SPONGETECH DELIVERY SYSTEMS COM | SPNGQ | 110,000 | 0.0005 | 55.00 | 09/08/09 | 11,998.97 | 0.11 | (11,943.97) | | |
| INC COM | | | | | 09/30/10 | | | | | |
| **Total Stocks** | | | | | | | | | | |
| **Total Cash Account** | | | | | | | | | | |

### Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 04/01/11 | | 30 | 0.0300 | $ - | $ - | $ - |

**Total Interest Income** $0.00

### Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | |
| **Closing Balance** | | | | | | | | |

**TD Bank NA**

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by TD Bank, N.A., or TD Bank USA, N.A., or both. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.