## United States Bankruptcy Court
## Southern District of New York

## PROOF OF INTEREST OF EQUITY SECURITY HOLDER

#130
C.B.

In re:
SPONGETECH DELIVERY SYSTEMS, INC.

Case Number
10-13647 (SMB)

Name of Holder of Equity Security Interest
(The person or entity that owns or controls an equity security interest in the Debtor)
EVERALD EDWARDS

Address and telephone number:
1082 Timberidge LANE
ALLENTOWN P.A 18106

9 Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

9 Check box if you have never received any notices from the bankruptcy court in this case.

9 Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH HOLDER IDENTIFIES DEBTOR

Check here if this claim: 9 replaces 9 amends a previously filed proof of interest, dated:

1. IF THE HOLDER OF THE EQUITY SECURITY INTEREST IS A CORPORATION, PRINT THE NAME AND TITLE OF THE DULY AUTHORIZED OFFICER MAKING THIS CLAIM, HIS/HER ADDRESS, THE STATE IN WHICH THAT CORPORATION IS INCORPORATED, AND THE ADDRESS OF THAT CORPORATION.

2. IF THE HOLDER OF THE EQUITY SECURITY INTEREST IS A PARTNERSHIP OR LIMITED LIABILITY COMPANY, PRINT THE NAME AND TITLE OF THE DULY AUTHORIZED MEMBER MAKING THIS CLAIM, HIS/HER ADDRESS, THAT STATE IN WHICH THAT PARTNERSHIP OR LIMITED LIABILTY COMPANY WAS FORMED, AND THE ADDRESS OF THAT PARTNERSHIP OR LIMITED LIABILITY COMPANY

3. BASIS FOR EQUITY SECURITY INTEREST (Describe in detail, i.e., stock certificate, warrant, stock option, etc.):

SEE ATTACHED

4. DATE EQUITY SECURITY INTEREST(S) WAS OBTAINED

SEE ATTACHED

5. IF BY COURT JUDGMENT, DATE OBTAINED:

6. TYPE(S) OF SHARES HELD (Please Check; if more than one type of shares is held, pleas attach schedule stating each type of shares held and the respective number of shares held of each type):

Common: ________

Preferred: ________

Other (Explain): ________

7. NUMBER OF SHARES HELD:

26,352

8. SUPPORTING DOCUMENTS MUST BE ATTACHED: Attach copies of supporting documents, such as stock certificate(s), warrants, promissory notes, option agreements, voting proxies, shareholder agreements, other contracts, court judgments, or evidence of security interests. If the documents are not available, explain in detail the basis for that non-availability. If the documents are voluminous (more than 30 pages), attach a summary.

9. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of interest.

THIS SPACE IS FOR COURT USE ONLY

DATE:
5-10-11

Sign and print the name and title, if any, of the holder or other person authorized to file this claim (attach copy of power of attorney, if any)

Everald Edwards

RECEIVED JUN - 3 2011

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. ' ' 152 and 3571.

059228/898076.1/BSS

**Schwab One® Account**
**Account Number: [redacted]-0533**

**Statement Period: January 1, 2011 to March 31, 2011**

**Last Statement: December 31, 2010**

***Cut paper clutter.***
***Switch to eStatements at schwab.com/paperless.***
***Questions? Call 1-800-435-4000***

31/03-PN3M2101-014674-SML-18106917400 55809 *1-2
EVERALD ROY EDWARDS
1082 TIMBERIDGE LN
ALLENTOWN PA 18106-9174

014674

## Account Value Summary

| | |
|---|---|
| Cash & Sweep Money Market Funds | $ 2.40 |
| Total Investments Long | $ 2,543.50 |
| Total Investments Short | $ 0.00 |
| **Total Account Value** | **$ 2,545.90** |

## Change in Account Value

| | |
|---|---|
| Starting Account Value | $ 2,406.65 |
| Transactions & Income | $ 0.00 |
| Income Reinvested | $ 0.00 |
| Change in Value of Investments | $ 139.25 |
| **Ending Account Value** | **$ 2,545.90** |
| Year-to-Date Change in Value Since 1/1/11 | $ 139.25 |

## Rate Summary

| | |
|---|---|
| Value Adv Money Fd SWVXX | 0.01% |
| Sch Investor Money Fund | 0.01% |

## Investment Detail

| *Description* | *Symbol* | *Quantity* | *Price* | *Market Value* |
|---|---|---|---|---|
| **Cash, Money Market Fund (Sweep)** | | | | |
| CASH | | | | 2.40 |
| **Investments** | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| SPONGETECH DELIVERY SYS | | 26,352.0000 | 0.0001 | 2.64 |
| | **Total Account Value** | | | **2,545.90** |

*C000146740101*

## Endnotes For Your Account

For information on how Schwab pays its representatives, go to http://aboutschwab.com/about/overview/compensation.html

©2010 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CS12440-02 (0001-0386) STP10479R2-04 (02/10)