Brian Charles Bradley
21625 E Deep Creek Rd
Walnut CA, 91789
June 7, 2011

The Honorable Stuart M. Bernstein
United States Bankruptcy Judge
Alexander Hamilton U.S. Custom House
New York, New York 10004

Dear Judge Bernstein,

     My name is Brian Bradley and I'm currently a shareholder of the Spongetech Corporation that you're currently presiding over. My intention of contacting you is to object to the motion of our trustee seeking to revoke the registration of our securities with the SEC and therefore hopefully prevent shareholders from losing the opportunity to recover their investments from the markets. The grounds of this objection are specifically related to a convertible note receivable due to the Spongetech Corporation from Business Talk Radio (BTR), in the amount of $6,000,000 that upon information and belief, was never converted into private stock of BTR. This note is apparently due on June 25, 2011 in cash; however the note says that it is convertible any time at the option of the holder. An email confirmation on September 28, 2010 from Steve Moskowitz confirms that the note is convertible into 70% ownership of the private stock of BTR and this note is in the possession of our trustee. Should a conversion have occurred, this could have allowed the Spongetech Corporation to recapitalize because it could have sold its ownership interest of the stock of BTR in a private transaction for cash, sold its share of the assets of BTR for cash, or taken loans against the assets of BTR in order to allow the Spongetech corporation to recapitalize and move forward. My observation, upon information and belief, that as a result of the note not being converted, our trustee liquidated in a sale vital components of assets of Spongetech and basically put the corporation in a position that has no forward looking ability to operate. My conclusion is that the trustee is negligent in his actions in not seeking a conversion of the note which would most likely have prevented this liquidation from occurring. The remedy I respectfully

request is a judgment, of specific performance to have the court force a conversion of the note into private stock of BTR, in order to allow a potential recapitalization of the Spongetech Corporation.

My objective of a conversion of the note would be to seek a sale of some, if not all of the assets of BTR by the trustee and to request that the Spongetech assets that were sold recently be reacquired at a premium from the parties that purchased the Spongetech assets. I'm a shareholder currently in the Sirius Satellite Radio Corporation of which Mel Karmazin is the CEO. Apparently, his son, Craig Karmazin is the CEO of a radio company called Good Karma Broadcasting that has been in existence since 1997. Good Karma Broadcasting has made numerous acquisitions year after year since 1997 which have them presently operating 11 radio stations in multiple states. I would like the trustee to seek an agreement with Craig to sell BTR assets to Good Karma Broadcasting or perhaps give a referral fee to Craig for a referral of a buyer once a sale is closed. Craig, like his dad Mel, is a much respected man in the radio business and was in fact recently nominated by Ernst and Young accounting firm as a finalist for the Entrepreneur of the year award in 2010.

Should plans of sale of the radio stations fall through, at the very least, the Spongetech Corporation would be based on the BTR radio station model, which apparently has an estimated value of $12,000,000-$14,000,000. Although my original intention was to invest my $40,000 in a multi-million dollar alleged company that had high growth projections with high visibility advertising, I may have to settle for another radio investment instead.

For your convenience, I will enclose a copy of the email confirmation from Steve Moskowitz confirming the convertible note receivable being due to Spongetech. Please observe the date of the email as September 26, 2010. This of course was more than 9 months ago which should have allowed for an adequate time for conversion of the note and upon information and belief, the note has not been converted. Additionally, I will enclose a document that was sent to me that apparently assigns over to Spongetech a note receivable with Steve Moskowitz signatures. Please take appropriate steps to verify

authenticity and accuracy. Also enclosed is a verification of the note by a Maranda Fritz, Esq which I believe is Mr. Metter's attorney. There is also a verification of the note enclosed from a Jeff Weber who is the Executive Vice President of Business Talk Radio. An estimated value of Business Talk Radio is also enclosed for verification of its value in the Jeff Weber document.

      Lastly, I would like to request a stay of judgment on the motion for revocation of the Spongetech securities to allow time for specific performance of the note conversion, preferably with the help and guidance of the trustee and Mr. Moskowitz in order that we can recapitalize this company. My feeling is that if we can get that note converted, we will be able to put together a legit business, regain tradability, and regain financial reporting status with the SEC. I believe obtaining the financials of Business Talk Radio would be a step in the right direction to reporting.

      If you have any question regarding these communications, please feel free to contact me on my cell phone at 626.824.3345


 Respectfully,


Brian Charles Bradley