**EXHIBIT 1**

**From:** brian bradley
**Sent:** Wednesday, June 15, 2011 7:49:50 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Kenneth P. Silverman
**Subject:** Spongetech Shareholder Question

Ken,


I don't know exactly what's going to happen to the Spongetech company but I'm hoping something good comes out of all this. I'd like to purchase some additional shares however I can't do so on the market even though it's trading because we're on DTC Global lock. Is there any way you can sell me some of the treasury shares at the current prices so I can add to my position? I know that RM Enterprises handed over to you over 200,000,000 shares and I'm wondering if you can mark me down for 500,000 shares at 0.0006 a share. This way the estate gets a little cash and I get some shares. Let me know how we can do this.


Sincerely,

Brian Bradley