**Hearing Date: July 28, 2011 at 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 7

SPONGETECH DELIVERY SYSTEMS, INC.,                      Case No. 10-13647 (SMB)

                Debtor.
-----------------------------------------------------------------x

### NOTICE OF HEARING ON THE LETTER FILED BY CHRISTINE BRENNER

**PLEASE TAKE NOTICE**, that **at the direction of United States Bankruptcy Judge Stuart M. Bernstein**, Kenneth P. Silverman, Esq., the chapter 7 trustee of the estate of Spongetech Delivery Systems, Inc. (the "Debtor"), by his attorneys, SilvermanAcampora, LLP, hereby provides notice of a hearing in connection with a letter from Christine Brenner (the "Letter").

**PLEASE TAKE FURTHER NOTICE**, that the matter will be heard by the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, New York, New York 10004, on **July 28, 2011, at 10:00 a.m.** (the "Hearing"), subject to further adjournment by the Court.

**PLEASE TAKE FURTHER NOTICE,** that failure to appear in person on July 28, 2011 may result in the denial of the relief requested in the Letter.

Dated: Jericho, New York
      July 1, 2011               **SILVERMANACAMPORA LLP**
                                       Attorneys for Kenneth P. Silverman, Esq.,
                                         Chapter 7 Trustee

                          By:    s/Jay S. Hellman
                                  Jay S. Hellman
                                  A Member of the Firm
                                  100 Jericho Quadrangle - Suite 300
                                  Jericho, New York 11753
                                  (516) 479-6300