
spongetech company
Terri Ring
to:
bernstein.chambers
07/03/2011 07:50 PM
Show Details

Hello Judge Bernstein,

   I am writing for the first time as a Spongetech shareholder, my name is Kevin Ring and my wife's name is Terri Ring. My family has invested most of our life's savings into Spongetech corporation, we had very high hopes of this company being the next Oxy Clean or Clorox Co. I realize your honor's court is a BK court and that is the chief agenda in your court. With the recent news that Spongetech now owns somewhere in the neighborhood of 70 percent of BTR a company that is making profits I would like to express my delight and concern that Spongetech be converted back to Chp 11. I also know that there are many shareholder's who have not written to your Honor and are relying on others to do this as I was and could do no longer.

   Thank you Judge Bernstein for your diligence in these matters,

   Sincerely Kevin & Terri Ring.

## MEMO ENDORSED

*The Court does not grant relief requested by ltrs. Any party in interest seeking relief must make a motion on notice in accordance with the Bankruptcy Code and appropriate rules*

*So ordered.*

STUART M. BERNSTEIN

7/5/11